UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN BAKER,

                              Plaintiff,                    **ORDER**

         v.
                                                        **04-CV-433A(F)**

ROBERT GUANCIAL,
LAWRENCE ERB,
MICHAEL FINNEGAN,
GERALD RAKIECKI,
DANIEL CACCIOLA, and
JEFFREY PETERKIN,

                              Defendants.

_____


        By papers filed February 11, 2005, Plaintiff moves for a referral of his case for

arbitration or alternative dispute resolution (Doc. No. 28).  Defendants' response was

filed February 16, 2005 (Doc. No. 34).  Oral argument was deemed unnecessary.

        For the reasons stated in Defendants' opposition, Plaintiff's motion is DENIED

without prejudice to renew after disposition of Defendants' motion to dismiss.

SO ORDERED.

                                        /s/ *Leslie G. Foschio*

                            _____
                                    LESLIE G. FOSCHIO
                            UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2005
            Buffalo, New York